**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PEDRO AGUILAR,<br>Defendant. | Case No. 5:26-po-00146-CDB<br>CVB Violation E2674780 / CA10<br>ORDER TO REFUND OVERPAYMENT<br>(Doc. 5) |

Defendant Pedro Aguilar was issued Violation Notice E2674780 with a total collateral due of $280.00. (Doc. 1).

On August 28, 2026, the Court granted the motion of the United States of America to dismiss the violation. (Doc. 4). However, on September 10, 2026, after the case was closed, Defendant paid the collateral amount of $280.00. (Doc. 5).

Because Defendant overpaid on the collateral due given the dismissal of the citation, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $280.00.

IT IS SO ORDERED.

Dated: **September 16, 2026**

UNITED STATES MAGISTRATE JUDGE